No. 311, Misc. WARD *v.* HERITAGE, WARDEN; and

No. 332, Misc. PARTRIDGE *v.* BUCHKOE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 186, Misc. ABERLIN *v.* SUGARMAN, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied. *Dora Aberlin* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Dunton F. Tynan,* Assistant Attorney General, for Hill et al., and *Peter Campbell Brown, pro se, Seymour B. Quel* and *Anthony Curreri* for the Corporation Counsel of New York City, respondents.

No. 254, Misc. HULLOM *v.* THORNTON. Motion for leave to file petition for writ of mandamus denied.

No. 394. KINGSLEY INTERNATIONAL PICTURES CORP. *v.* REGENTS OF THE UNIVERSITY OF NEW YORK. Appeal from the Court of Appeals of New York. Probable jurisdiction noted. *Ephraim London* and *Chester T. Lane* for appellant. *Charles A. Brind, Jr.* for appellees.

No. 406. FEDERAL TRADE COMMISSION *v.* SIMPLICITY PATTERN CO., INC.; and

No. 447. SIMPLICITY PATTERN CO., INC., *v.* FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Earl W. Kintner, James E. Corkey* and *Alvin L. Berman* for the Federal Trade Commission. *William Simon, Robert L. Wald* and *David Vorhaus* for the Simplicity Pattern Co., Inc. Reported below: 103 U. S. App. D. C. 373, 258 F. 2d 673.